# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TheMLSonline.com, Inc. and Keith Castonguay, | Civil File No.: 0:11-cv-02455 (RHK/SER) |
| Plaintiffs, | |
| v. | **ORDER** |
| Regional Multiple Listing Service of Minnesota, Inc., Minnesota Association of Realtors, Edina Realty, Inc., Henry Brandis, John Mosey, and Aaron Dickinson, | |
| Defendants. | |

Pursuant to the Stipulation (ECF No. 27) entered into by the parties,

IT IS HEREBY ORDERED THAT:

1. The parties shall abide by the terms of their Stipulation that is incorporated into this Order; and

2. This Court shall retain jurisdiction to restrain any violations of the undertakings described in Paragraphs 1 through 8 of the Stipulation.


Dated: October 26, 2011

s/Richard H. Kyle
Richard H. Kyle
Judge, United States District Court
District of Minnesota